UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 23 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CRIMINAL NO. B-13-317 |
| JESUS MAURICIO JUAREZ, JR., AKA "FLACO" FRANCISCO JAVIER MAYA, AKA "TAMPICO"; AKA "DANIEL IBARRA" RUBEN GONZALEZ-CAVAZOS, AKA "MUME | § § § § | |
| and ALBERTO MARTINEZ AKA "EL DIABLO" | § § | |

Partially UN SEALED 5-1-13
**INDICTMENT**

THE GRAND JURY CHARGES:

COUNT ONE

From on or about September, 2012 to on or about December 11, 2012, in the Southern District of Texas and elsewhere and within the jurisdiction of the Court, Defendants,

JESUS MAURICIO JUAREZ, JR.,
AKA "FLACO"
FRANCISCO JAVIER MAYA,
AKA "TAMPICO"; AKA "DANIEL IBARRA"
RUBEN GONZALEZ-CAVAZOS,
AKA "MUME

and
ALBERTO MARTINEZ
AKA "EL DIABLO"

did knowingly and intentionally conspire and agree together and with persons known and unknown to the Grand Jurors to knowingly and intentionally possess with intent to distribute a quantity of more than one hundred (100) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

## COUNT TWO

On or about December 11, 2012, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**JESUS MAURICIO JUAREZ, JR.,
AKA "FLACO"
FRANCISCO JAVIER MAYA,
AKA "TAMPICO"; AKA "DANIEL IBARRA"
RUBEN GONZALEZ-CAVAZOS,
AKA "MUME**

**and
ALBERTO MARTINEZ
AKA "EL DIABLO"**

did knowingly and intentionally possess with intent to distribute a quantity of more than one hundred (100) kilograms, that is, approximately 454.54 kilograms (1,000 pounds) of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), and Title 18, United States Code, Section 2.

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to 21 U.S.C. § 853, as a result of the commission of a violation of 21 U.S.C. § Sections 846, 841(a)(1) and 841(b)(1)(B) as alleged in Count 1 and 2, notice is given that Defendants,

**JESUS MAURICIO JUAREZ, JR.,
AKA "FLACO"
FRANCISCO JAVIER MAYA,
AKA "TAMPICO"; AKA "DANIEL IBARRA"
RUBEN GONZALEZ-CAVAZOS,
AKA "MUME**

**and
ALBERTO MARTINEZ
AKA "EL DIABLO"**

shall forfeit to the United States:

(1) all property constituting or derived from any proceeds obtained directly or indirectly as the result of such violation, and

(2) all property used or intended to be used in any manner or part to commit or to facilitate the commission of such violation,

The above forfeiture includes, but is not limited to $500,000.00 and all lesser included amounts in United States currency

. In the event that the property which is subject to forfeiture to the United States, as a result of any act or omission of the defendant:

(1) cannot be located upon exercise of due diligence,

(2) has been placed beyond the jurisdiction of the Court,

(3) has been transferred to, sold to, or deposited with a third party,

(4) has been substantially diminished in value, or

3

(5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of the defendant up to the value of such property, pursuant to 21 U.S.C. §853(p).

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

KENNETH MAGIDSON
UNITED STATES ATTORNEY

_____
ANGEL CASTRO
Assistant United States Attorney

4